IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:10 cr 10-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TYSON LARENSA LYNCH, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS CAUSE** coming on to be heard before the undersigned, pursuant to a motion entitled " Motion to Continue" (#5) filed by defendant's counsel requesting a one day continuance of the arraignment and detention hearing of the defendant. It appearing to the undersigned that the government does not oppose the motion and that good cause has been shown for the granting of said motion.

## ORDER

**IT IS, THEREFORE**, **ORDERED** that the motion entitled "Motion to Continue" (#5) is hereby **ALLOWED** and this matter be reset for hearing on **February 18, 2010 at 9:45 a.m.**

Signed: February 16, 2010

Dennis L. Howell
United States Magistrate Judge