# IN THE DISTRICT COURT OF THE UNITED STATES
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
### 1:10CR10

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| **TYSON LARENSA LYNCH.** ) | |
| _____ ) | |

**THIS MATTER** is before the court upon defendant's Motion to Suppress. Having considered defendant's Motion to Suppress and reviewed the pleadings, and it appearing that a request for hearing has been included in the government's response, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion to Suppress (#14) is CALENDARED for an evidentiary hearing on Monday, March 15, 2010, at 2 p.m. in Courtroom #2 in Asheville.

Signed: March 11, 2010

Dennis L. Howell
United States Magistrate Judge