# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:10cr10

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| TYSON LARENSA LYNCH. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Defendant's Motion to Suppress [Doc. 14].

Pursuant to 28 U.S.C. § 636(b) and the standing Orders of Designation of this Court, the Honorable Dennis L. Howell, United States Magistrate Judge, was designated to consider the Defendant's Motion to Suppress [Doc. 14].

Following an evidentiary hearing on March 15, 2010, the Magistrate Judge entered a Memorandum and Recommendation [Doc. 17] on March 19, 2010, recommending that the Defendant's Motion to Suppress [Doc. 14] be denied. The parties were advised that any objections to the Magistrate Judge's Memorandum and Recommendation were to be filed in writing within fourteen (14) days of service of the same. The period within

which to file objections has expired, and no written objections to the Memorandum and Recommendation have been filed.

After a careful review of the Magistrate Judge's Recommendation, the Court finds that the proposed findings of fact are supported by the record and that the proposed conclusions of law are consistent with current case law. Accordingly, the Court hereby accepts the Magistrate Judge's Recommendation [Doc. 17] that the Defendant's Motion to Suppress [Doc. 14] be denied.

**IT IS, THEREFORE, ORDERED** that the Defendant's Motion to Suppress [Doc. 14] is **DENIED**.

**IT IS SO ORDERED.**

Signed: April 12, 2010

Martin Reidinger
United States District Judge